## The Board of Supervisors of Midland County v. The Auditor General.

*Auditor general: Taxes: Settlement with county: Certiorari.* The action of the auditor general in charging back to a county certain taxes in his settlement with the county, being the exercise of an official discretion belonging to an executive department of the state government, is not subject to judicial review, and cannot, therefore, be examined upon *certiorari*.

*Heard and decided April 22.*

Application for *certiorari*.

Application is made for a writ of *certiorari* to bring up for review the action of respondent in charging back to Midland county certain taxes assessed upon lands included in the land grant to the Flint & Pere Marquette railroad company.

*George V. N. Lothrop* presented the application.

THE COURT held that the action of the respondent in the premises, being the exercise of an official discretion belonging to an executive department of the state government, is not subject to review judicially, and cannot, therefore, be examined upon *certiorari* from this court.

Writ denied.